IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATION: FATH0013 |
| --- | --- |
| Plaintiff, | |
| vs. | Location Code: M7 |
| JUSTIN R. REISTAD, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant Justin R. Reistad shall pay restitution in the amount of $1,092.80. The restitution payments shall be a minimum of $100 per month beginning on or before September 30, 2016, until paid in full;

IT IS FURTHER ORDERED that payment should be mailed to the following address:

>  Clerk of Court
>  United States District Court
>  Missouri River Courthouse
>  125 Central Avenue West, Suite 110
>  Great Falls, MT 59404

1

The check should be made out to the Clerk, U.S. District Court;

The Clerk of Court shall disburse the restitution payments to:

> USDA Forest Service, Albuquerque Service Center
> Attn: Unit Collection Officer
> 101B Sun Avenue NE
> Albuquerque, NM 87109

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for October 20, 2016, is VACATED.

DATED this 7th day of September, 2016.

John Johnston
United States Magistrate Judge

CERTIFICATE OF MAILING
DATE: 9-13-16 BY: MS
I hereby certify that a copy of this order was mailed to

CVB
AUSA
Trei staff

2